Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | America Greener Technologies, Inc. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 20-8195637 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 254 S. Mulburry Street<br>Mesa, AZ 85202 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Maricopa | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **America Greener Technologies, Inc.**            Case number (*if known*) _____
           Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  __5612__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| Debtor | **America Greener Technologies, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | America Greener Technologies, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 18, 2017**
MM / DD / YYYY

**X /s/ Russ Corrigan**                           **Russ Corrigan**
Signature of authorized representative of debtor    Printed name

Title **President & CEO**

**18. Signature of attorney**

**X /s/ Jonathan Philip Ibsen**                    Date **April 18, 2017**
Signature of attorney for debtor                    MM / DD / YYYY

**Jonathan Philip Ibsen**
Printed name

**Canterbury Law Group, LLP**
Firm name

**14300 N. Northsight Blvd., Suite 129**
**Scottsdale, AZ 85260**
Number, Street, City, State & ZIP Code

Contact phone **(480) 240-0040**     Email address **jibsen@clgaz.com**

**023284**
Bar number and State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Arcade Investments** Loyalist Plaza, Don Mackay Blvd Marsh Harbour, Abaco Bahamas | | Notes Payable | | | | $89,980.00 |
| **Carrie Borgen** 811 N Santa Anna St Chandler, AZ 85224 | | Demand Note | | | | $75,000.00 |
| **Carrie Borgen** C/O Tiffany & Bosco 2525 E Camelback Rd Phoenix, AZ 85016 | | Judgement Creditor | | | | $150,000.00 |
| **Carrie Borgen** 811 N Santa Anna St Chandler, AZ 85224 | | Wages - Former Employee | | | | $26,000.00 |
| **Daphne Thomas** 204-5811 Looney Road Richmond V6X-3M1, BC | | Notes Payable | | | | $25,660.42 |
| **Doug Corrigan** 19315 3A Avenue Surrey, V3S-9R9, BC | | Notes Payable | | | | $102,165.00 |
| **Elco Securities** Loyalist Plaza, Don Mackay Blvd Marsh Harbour, Abaco Bahamas | | Notes Payable | | | | $26,418.75 |
| **Gary Wilson** C/O Kirton McConkie 50 E S Temple #400 Salt Lake City, UT 84111 | | Litigation Creditor | | | | $1,000,000.00 |

| Debtor | America Greener Technologies, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **James Corrigan**<br>**15572 Columbia Avenue**<br>**White Rock**<br>**V4B-1K6, BC** | | **Note Payable** | | | | $68,458.67 |
| **Jim Mack**<br>**1101 E. Broadmor Dr**<br>**Tempe, AZ 85282** | | **Consulting Fee** | | | | $23,908.91 |
| **JWN Family, LLP**<br>**C/O Gammage & Burnham**<br>**2 North Central Ave, 15th Floor**<br>**Phoenix, AZ 85004** | | **Litigation Creditor** | | | | $100,000.00 |
| **Larry Gunning**<br>**6550 Elmaro Circle**<br>**Paradise Valley, AZ 85253** | | **On Demand Note** | | | | $50,000.00 |
| **Michael Boyko**<br>**935 S. 132nd Street**<br>**Gilbert, AZ 85233** | | **Wages - Former Employee** | | | | $40,000.00 |
| **O'Neill Law Corporation**<br>**704-595 Howe Street**<br>**Box 35**<br>**V6C2T5**<br>**Vancouver, BC**<br>**Canada** | | **Legal Fees** | | | | $19,663.38 |
| **Pacific Venture Marketing Corporation**<br>**36-5531 Cornwall Drive**<br>**Richmond, BC** | | **Notes Payable** | | | | $38,508.00 |
| **Ricardo Barbosa**<br>**C/O Tiffany & Bosco**<br>**2525 E Camelback Rd**<br>**Phoenix, AZ 85016** | | **Judgement Creditor** | | | | $150,000.00 |
| **Richard Donaldson**<br>**PO Box 230 Tower Plaza Leeward Highway**<br>**Providenciales,**<br>**Turks & Caricos Islands**<br>**British West Indies** | | **Note Payable** | | | | $24,970.00 |
| **Rick Barbosa**<br>**PO Box 526**<br>**Waddell, AZ 85355** | | **Demand Note** | | | | $15,000.00 |

| Debtor | America Greener Technologies, Inc. | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rick Barbosa**<br>**PO Box 526**<br>**Waddell, AZ 85355** | | **Wages - Former Employee** | | | | **$26,000.00** |
| **Soft Wave Innovations, Inc**<br>**C/O Kirton McConkie**<br>**50 E S Temple #400**<br>**Salt Lake City, UT 84111** | | **Litigation Creditor** | | | | **$1,000,000.00** |

America Greener Technologies, Inc. -

ARCADE INVESTMENTS
LOYALIST PLAZA, DON MACKAY BLVD
MARSH HARBOUR, ABACO BAHAMAS

BRADY BRUCE
18157 W. ECHO LN
WADDELL AZ 85355

CARRIE BORGEN
811 N SANTA ANNA ST
CHANDLER AZ 85224

CARRIE BORGEN
811 N SANTA ANNA ST
CHANDLER AZ 85224

CARRIE BORGEN
811 N SANTA ANNA ST
CHANDLER AZ 85224

CARRIE BORGEN
C/O TIFFANY & BOSCO
2525 E CAMELBACK RD
PHOENIX AZ 85016

CFO ONCALL, INC.
1333 SOUTH UNIVERSITY DR
SUITE 202
PLANTATION FL 33324

CORPORATION SERVICE COMPANY
PO BOX 13397
PHILADELPHIA PA 19101

COX COMMUNICATIONS
PO BOX 53249
PHOENIX AZ 85072

D'ARELLI PRUZANSKY
7280 W. PALMETTO PARK RD
SUITE 308-N
BOCA RATON FL 33433

America Greener Technologies, Inc. -

DAPHNE THOMAS
204-5811 LOONEY ROAD
RICHMOND V6X-3M1 BC


DOUG CORRIGAN
19315 3A AVENUE
SURREY, V3S-9R9 BC


ELCO SECURITIES
LOYALIST PLAZA, DON MACKAY BLVD
MARSH HARBOUR, ABACO BAHAMAS


ENERGISTICS CONSULTING, LLC
PO BOX 526
WADDELL AZ 85355


EXHIBIT AFFECTS
1156 WEST SOUTHERN AVE #105
TEMPE AZ 85282


GARY WILSON
C/O KIRTON MCCONKIE
50 E S TEMPLE #400
SALT LAKE CITY UT 84111


GRADY FLYNN
15531 POPLAR ST
SURREY BC V4A-5H8 BC


GRIFFIN AND ASSOCIATES COURT REPORTERS
2398 EAST CAMELBACK ROAD
SUITE 260
PHOENIX AZ 85016


IPFS CORPORATION
PO BOX 100391
PASADENA CA 91189


ISSUER DIRECT CORPORATION
500 PERIMETER PARK DRIVE
SUITE D
MORRISVILLE NC 27560

America Greener Technologies, Inc. -

JAMES CORRIGAN
15572 COLUMBIA AVENUE
WHITE ROCK V4B-1K6 BC

JIM MACK
1101 E. BROADMOR DR
TEMPE AZ 85282

JOEL GUNNING
5048 EAST FRIESS DR
SCOTTSDALE AZ 85254

JWN FAMILY, LLP
C/O GAMMAGE & BURNHAM
2 NORTH CENTRAL AVE, 15TH FLOOR
PHOENIX AZ 85004

KYLE BARBOSA
PO BOX
WADDELL AZ 85355

KYLE BARBOSA
PO BOX 526
WADDELL AZ 85355

LARRY GUNNING
6550 ELMARO CIRCLE
PARADISE VALLEY AZ 85253

MARK E. OGRAM, P.C.
780 SOUTH FREEMAN RD
TUCSON AZ 85748

MCCAULEY LAW OFFICES, P.C.
6638 E ASHLER HILLS DR
CAVE CREEK AZ 85331

MICHAEL BOYKO
935 S. 132ND STREET
GILBERT AZ 85233

MIKE BOYKO
935 S. 132ND STREET
GILBERT AZ 85233

America Greener Technologies, Inc. -

MP MULBERRY, LLC
C/O KAREN DEMARSILIS
5210 NORTH CENTRAL AVE #102
PHOENIX AZ 85012


O'NEILL LAW CORPORATION
704-595 HOWE STREET BOX 35
V6C2T5
VANCOUVER, BC CANADA


OTC MARKETS GROUP
304 HUDSON STREET
NEW YORK NY 10013


PACIFIC VENTURE MARKETING CORPORATION
36-5531 CORNWALL DRIVE
RICHMOND BC


PROGRESSIVE
PO BOX 105428
ATLANTA GA 30348


PROTECTION ONE ALARM MONITORING, INC
PO BOX 219044
KANSAS CITY MO 64121


RICARDO BARBOSA
C/O TIFFANY & BOSCO
2525 E CAMELBACK RD
PHOENIX AZ 85016


RICHARD DONALDSON
PO BOX 230 TOWER PLAZA LEEWARD HIGHWAY
PROVIDENCIALES, TURKS & CARICOS ISLANDS
BRITISH WEST INDIES


RICK BARBOSA
PO BOX 526
WADDELL AZ 85355


RICK BARBOSA
PO BOX 526
WADDELL AZ 85355

America Greener Technologies, Inc. -

RICK BARBOSA
PO BOX 526
WADDELL AZ 85355


RUSS CORRIGAN
19315- 3A AVENUE
SURREY BC 00399


SOFT WAVE INNOVATIONS, INC
C/O KIRTON MCCONKIE
50 E S TEMPLE #400
SALT LAKE CITY UT 84111


SOFT WAVE INNOVATIONS, LLC
7355 WEST MORROW DR
GLENDALE AZ 85308


SPARKLETTS
1740 WEST BROADWAY
MESA AZ 85202


SRP
P.O. BOX 52025
PHOENIX AZ 85072


TRANSFER ONLINE
512 SE SALMON STREET
PORTLAND OR 97214


UNLIMITED SERVICES BUILDING MAINTENANCE
2535 CAMINO DEL RIO SOUTH
STE# 205
SAN DIEGO CA 92108


WIN THE STREET
149 NW 70TH STREET
SUITE 303
BOCA RATON FL 33487

# United States Bankruptcy Court
## District of Arizona

In re **America Greener Technologies, Inc.**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **America Greener Technologies, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Pacfic Venture Marketing Corp
36-5531 Cornwall Drive
Richmond V7C5N7, BC**

☐ None [*Check if applicable*]

**April 18, 2017**
Date

**/s/ Jonathan Philip Ibsen**
**Jonathan Philip Ibsen 023284**
Signature of Attorney or Litigant
Counsel for **America Greener Technologies, Inc.**
**Canterbury Law Group, LLP**
**14300 N. Northsight Blvd., Suite 129**
**Scottsdale, AZ 85260**
**(480) 240-0040 Fax:(480) 656-5966**
**jibsen@clgaz.com**